UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| JULISA J. NASH | ) |
| | ) |
| Plaintiff, | ) Civil Action No. _____ |
| | ) |
| v. | ) |
| | ) JURY TRIAL DEMANDED |
| HOME OR AWAY, INC. | ) |
| | ) |
| Defendant. | ) |

# COMPLAINT

COMES NOW Julisa J. Nash ("Plaintiff"), by and through the undersigned counsel, and files this Complaint against Home or Away Inc. ("Defendant") for retaliatory discharge for participating in activities protected by Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*, showing the Court as follows:

INTRODUCTION

1.

Defendant employed Plaintiff as a personal care attendant. Defendant filed a Charge of Discrimination with the Equal Employment Opportunity Commission ("Commission") alleging that Defendant failed to accommodate Plaintiff's disability. Upon learning of Plaintiff's filed Charge, Defendant terminated

Plaintiff's employment citing an alleged conflict of interest created by Plaintiff's filing of a Charge with the Commission.

## JURISDICTION AND VENUE

2.

Plaintiff invokes the jurisdiction of this Court pursuant to 28 U.S.C. §§ 1331 and 1343.

3.

Defendant engages in commercial/business activity in the Middle District of Georgia.

4.

Venue is appropriate in this Court.

## PARTIES

5.

Plaintiff is a citizen of the State of Georgia.

6.

Plaintiff submits to the jurisdiction of this Court.

7.

Defendant is a for-profit corporation licensed to do business in Georgia.

8.

Defendant can be served through its registered agent, Travis C. Hargrove, 200 13th Street, Columbus, GA 31901.

EXHAUSTION OF ADMINISTRATIVE REMEDIES

9.

Plaintiff filed Charge of Discrimination No. 410-2021-04991 with the Atlanta Regional Office of the Equal Employment Opportunity Commission on June 15, 2021.

10.

Plaintiff's Charge of Discrimination alleged that Defendant terminated her employment because Plaintiff filed a Charge of Discrimination with the Commission thereby creating a conflict of interest.

11.

On December 2, 2021, the Commission issued its determination finding merit in Plaintiff's Charge of retaliation in violation of Title VII. *See* Plaintiff's Exhibit A.

12.

On November 18, 2022, the Commission issued a Notice of Conciliation Failure and Notice of Rights authorizing Plaintiff to file the instant action. *See* Plaintiff's Exhibit B.

13.

Plaintiff received the Notice of Conciliation Failure and Notice of Rights on March 3, 2023.

14.

Plaintiff filed the instant action within 90 days of receiving the Notice of Conciliation Failure and Notice of Rights.

15.

Plaintiff exhausted her administrative remedies.

FACTUAL ALLEGATIONS

16.

Defendant employs 15 or more employees at all times relevant hereto.

17.

Defendant hired Plaintiff for employment on April 22, 2018.

18.

Defendant hired Plaintiff as a personal care assistant.

19.

Defendant subsequently promoted Plaintiff to the position of field supervisor.

20.

On January 21, 2021, Plaintiff filed a Charge of Discrimination No. 410-2021-01957 with the Columbus Regional Office of the Equal Employment Opportunity Commission.

21.

Plaintiff's January 21, 2021, Charge of Discrimination alleged that Defendant discriminated against Plaintiff on the basis of her disability.

22.

Plaintiff informed Defendant that she filed a Charge of Discrimination against Defendant.

23.

On April 2, 2021, Defendant terminated Plaintiff's employment.

24.

Defendants wrote on Plaintiff's Notice of Separation, dated April 2, 2021, that Plaintiff's employment was terminated because "employee currently have an open EEOC discrimination case against company which is a conflict of interest."

25.

On April 8, 2021, Defendant sent an email to the Equal Employment Opportunity Commission confirming that Defendant terminated Plaintiff's employment because she filed a Charge of Discrimination with the Commission.

COUNT I

RETALIATION FOR PARTICIPATING IN PROTECTED ACTIVITIES

IN VIOLATION OF TITLE VII

26.

Plaintiff re-alleged paragraphs 1-25 as if fully set forth herein.

27.

Plaintiff filed Charges of Discrimination with the Commission alleging that Defendant unlawfully discriminated against her on the basis of her disability in violation of the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq.*

28.

Plaintiff's filing of a Charge of Discrimination is a protected activity under Title VII.

29.

Defendant terminated Plaintiff's employment because of Plaintiff filed a Charge of Discrimination with the Commission.

30.

Termination of employment will likely chill one from participating in activity protected by Title VII.

31.

Defendant retaliated against Plaintiff for filing a Charge of Discrimination with the Commission in violation of Title VII.

32.

Plaintiff suffered damages proximately caused by Defendant's unlawful retaliation including loss of pay, emotional distress, compensatory damages, and attorney's fees.

**WHEREFORE**, Plaintiff prays that the Honorable Court enters judgement in her favor and grant her the following relief:

a. Declaratory judgment that Defendant has engaged in unlawful employment practices in violation of Title VII;

b. Injunctive relief restraining conduct of the type described herein;

c. General damages for emotional and mental suffering caused by Defendant's misconduct;

d. Punitive damages based on Defendant's willful, malicious, intentional, and deliberate acts including ratification, condemnation and approval of said acts;

e. Special damages and or liquidated damages for lost wages and benefits and prejudgment interest thereon;

f. Reasonable attorney's fees and expenses of litigation with any and all other costs associated with this action as provided by Title VII;

g. Trial by jury as to all triable issues;

h. Prejudgment interest at the rate allowable by law; and

     i.  All other relief to which she may be entitled.

Respectfully submitted this 21st day of March 2023.

                                            **BARRETT & FARAHANY**

                                            */s/ Anthony Dawkins*
                                            Anthony Dawkins, J.D.
                                            Georgia Bar No. 157904
                                            *Attorney for the Plaintiff*

P.O. Box 530092
Atlanta, GA 30353
Telephone: (470) 747-8329
FAX: (404) 214-0125
anthony@justiceatwork.com